IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 1:10-MJ-479 | |
| | ) | | |
| v. | ) | | |
| | ) | Count 1: | 12 U.S.C. § 1956 |
| THOMAS ANDREW TALLARICO, | ) | | (Failing to Report the |
| | ) | | Importation of Cash in |
| Defendant. | ) | | Excess of $10,000) |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT

On or about October 9, 2009, at Washington Dulles International Airport in the Eastern District of Virginia, the defendant, THOMAS ANDREW TALLARICO, did unlawfully, knowingly, and willfully fail to file a report with respect to his importation into the United States of $103,920 in cash, as required by Title 31, Code of Federal Regulations, Section 103.23, for the importation of currency in excess of $10,000, in violation of Title 12, United States Code, Section 1956.

Neil H. MacBride
United States Attorney

By: *Manasi Venkatesh*
Manasi Venkatesh
Special Assistant United States Attorney