JS 45 (01/2008)

## Criminal Case Cover Sheet                                                                 U.S. District Court

**Place of Offense:**          Under Seal: Yes ___ No ____      Judge Assigned: _____
City _____           ___ Superseding Indictment         Criminal Number: _____
County/Parish  Fairgax       ___ Same Defendant                 ___ New Defendant    X _____
                             Magistrate Judge Case Number  1:10MJ479     Arraignment Date: _____
                             Search Warrant Case Number   _____
                             R 20/R 40 from District of    _____
                             Related Case Name and No:    _____

**Defendant Information:**
Juvenile -- Yes ___ No  x  __ FBI # _____
Defendant Name: Thomas Andrew Tallarico     Alias Name(s) _____
Address: _____, San Juan Capistrano, CA____ _____
Employment _ 1968 ___ 7839 _____
Birth date ____ SS# _____ Sex m Def Race _____ Nationality _____ Place of Birth _____
Height _____ Weight _____ Hair _____ Eyes _____ Scars/Tattoos _____
   Interpreter: __ No ___ Yes  List language and/or dialect: _____ Automobile Description _____

**Location Status:**
Arrest Date  _____
__ Already in Federal Custody as of _____ in _____
__ Already in State Custody    __ On Pretrial Release       x  Not in Custody
__ Arrest Warrant Requested    __ Fugitive                  __ Summons Requested
__ Arrest Warrant Pending      __ Detention Sought          __ Bond _____

**Defense Counsel Information:**
Name: Samuel G. Williamson        ___ Court Appointed     Counsel conflicted out: _____
         Kirkland & Ellis LLP
         655 Fifteenth Street, NW
Address: Washington, D.C. 20005    x  Retained             _____
Telephone: 202.879.5163            ___ Public Defender     Federal Public Defender's Office conflicted out:___

**U.S. Attorney Information:**
SAUSA Manasi Venkatesh     Telephone No:  703-299-3763     Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**
SA Jason McGraw, U.S. ICE, 22685 Holiday Park Drive, Suite 15, Sterling, VA 20598

**U.S.C. Citations:**

|       | Code/Section  | Description of Offense Charged      | Count(s) | Capital/Felony/Misd/Petty |
|-------|---------------|-------------------------------------|----------|---------------------------|
| Set 1 | 12 USC 1956   | Failing to Report Import of Cash    | 1        |                           |
| Set 2 |               |                                     |          |                           |
| Set 3 |               |                                     |          |                           |

(May be continued on reverse)

Date: July 20, 2010    Signature of AUSA: Manasi Venkatesh (SAUSA)