AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

(Alexandria Division)

| United States of America | ) | | |
|---|---|---|---|
| *Plaintiff* | ) | | |
| v. | ) | Case No. | 1:10-MJ-479 (JFA) |
| Thomas Andrew Tallarico | ) | | |
| *Defendant* | ) | | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Thomas Andrew Tallarico

Date:   07/21/2010

/s/ Samantha Gingold Guilder
*Attorney's signature*

Samantha Gingold Guilder (Va. Bar No. 73817)
*Printed name and bar number*

KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C.  20005

*Address*

sguilder@kirkland.com
*E-mail address*

(202) 879-5000
*Telephone number*

(202) 879-5200
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of July 2010, I caused a true and complete copy of Samantha Gingold Guilder's Appearance of Counsel to be served on the following counsel of record by ECF.

/s/ Samantha Gingold Guilder
Samantha Gingold Guilder

Recipient:

- Manasi Venkatesh
  United States Attorney's Office (Alexandria)
  Eastern District of Virginia
  2100 Jamieson Avenue
  Alexandria, Virginia 22314
  Telephone: (703) 299-3700
  Fax: *N/A*
  Email: manasi.venkatesh@usdoj.gov