# KIRKLAND & ELLIS LLP

**AND AFFILIATED PARTNERSHIPS**

RECEIVED

655 Fifteenth Street, N.W.
Washington, D.C. 20005

(202) 879-5000

www.kirkland.com

2010 JUL 22  A II: 10
Facsimile:
(202) 879-5200
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

Samuel G. Williamson
To Call Writer Directly:
(202) 879-5163
samuel.williamson@kirkland.com

July 22, 2010

**By Hand**

Clerk, U.S. District Court
For the Eastern District of Virginia
Alexandria Division
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA  22314

   Re: *Application to Qualify as a Foreign Attorney*

Dear Sir:

   Enclosed please find my application for pro hac vice admission  in Case No. 1:10mj, 479 *U.S v. Tallarico,* as well as a check in the amount of $50.00 for the filing fee for same.

   Thank you for your assistance.

        Sincerely,

        Samuel G. Williamson

SGW:ps
Enclosure

Chicago  Hong Kong  London  Los Angeles  Munich  New York  Palo Alto  San Francisco  Shanghai