```
Court Name: United States District Court
Division: 1
Receipt Number: 14603015000
Cashier ID: dvannetr
Transaction Date: 07/22/2010
Payer Name: SAMUEL GATES WILLIAMSON
------------------------------------
PRO HOC VICE
 For: SAMUEL GATES WILLIAMSON
 Case/Party: D-VAE-1-10-CR-PROHAC-001
 Amount:         $50.00
------------------------------------
CHECK
 Remitter: KIRKLAND AND ELLIS LLP
 Check/Money Order Num: 20017391
 Amt Tendered:   $50.00
------------------------------------
Total Due:       $50.00
Total Tendered:  $50.00
Change Amt:      $0.00

110MJ479
```