IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO. 1:10MJ00479 |
| v. | ) | Hon. John F. Anderson |
| | ) | Hearing Date: August 4, 2010 |
| THOMAS ANDREW TALLARICO | ) | |
| | ) | |
| Defendant. | ) | |

PRAECIPE FOR ENTRY OF APPEARANCE

TO THE CLERK:

Please enter the appearance of Manasi Venkatesh, Special Assistant United States Attorney in the Eastern District of Virginia, as counsel for the United States of America in the above-captioned matter.

Respectfully submitted,

Neil H. MacBride
United States Attorney

By: _____/s/_____
Manasi Venkatesh
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3763
Fax:    (703) 299-3980
Email: **manasi.venkatesh@usdoj.gov**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of that electronic filing (NEF) to the following:

Samuel G. Williamson
Samantha Gingold Guilder (*pro hac vice*)
Kirkland & Ellis LLP
*Counsel for Defendant*
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Phone: (202) 879-5000
Fax: (202) 879-5200
Email: sguilder@kirkland.com


By: _____/s/_____
Manasi Venkatesh
Special Assistant United States Attorney
Eastern District of Virginia
*Counsel for the United States*
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3763
Fax: (703) 299-3980
Email: **manasi.venkatesh@usdoj.gov**