# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Samantha G. Guilder
To Call Writer Directly:
(202) 879-5971
sguilder@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200

August 4, 2010

**Via CM/ECF**

The Honorable Magistrate Judge John F. Anderson
United States District Court for the Eastern District
of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Re:   *USA v. Tallarico, No. 1:10-MJ-00479*

The Honorable Magistrate Judge Anderson:

Today, August 4, 2010, Thomas Tallarico is scheduled to enter a guilty plea to a misdemeanor Criminal Information charging him with failing to report the importation of more than $10,000 in cash, in violation of 12 U.S.C. § 1956. Should the Court grant Defendant's Motion for Expedited Sentencing filed on July 29, 2010, Mr. Tallarico hereby submits character reference letters.

Sincerely,

Samantha Gingold Guilder

Chicago        Hong Kong        London        Los Angeles        Munich        New York        Palo Alto        San Francisco

August 4, 2010
Page 2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 4, 2010, I will electronically file the foregoing letter with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Manasi Venkatesh
United States Attorney's Office (Alexandria)
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone:  (703) 299-3700
Fax:  *N/A*
Email:  manasi.venkatesh@usdoj.gov

/s/ Samantha Gingold Guilder
Samantha Gingold Guilder (Va. Bar No. 73817)
Samuel G. Williamson (*pro hac vice*)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 879-5000
Facsimile:  (202) 879-5200
Email:  sguilder@kirkland.com