

**BURKHALTER KESSLER GOODMAN & GEORGE LLP**

REPLY TO:
IRVINE OFFICE
2020 MAIN STREET, SUITE 600
IRVINE, CA 92614
T 949.975.7500 | F 949.975.7501

WESTLAKE VILLAGE OFFICE
340 NORTH WESTLAKE BOULEVARD, SUITE 110
WESTLAKE VILLAGE, CA 91362
T 805.373.1500 | F 805.373.1503

WWW.BKGGLAW.COM

WRITER'S EMAIL

aburkhalter@bkgglaw.com

FILE NUMBER

August 3, 2010

Hon. John Anderson
US Magistrate Judge
United States District Court
Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Re:   Tommy Tallarico

Dear Hon. Anderson:

      This letter is being written on behalf of Tommy Tallarico whom I have known for 20 years.

      I first met Tommy when he moved to California to pursue his dream of writing music for video games. I laughed, because I could not imagine that anyone could make a living, much less a career, out of such a silly vocation. As Tommy was finding his way, he supplemented his meager earnings by teaching me piano lessons.

      Over time, our relationship evolved into a strong and lasting friendship. I have personally witnessed Tommy's loyalty to his friends, family, pets, and comic book heroes.

      I jokingly say that Tommy reminds me of Tom Hanks from his role in the movie "Big" because at heart, Tommy is still an incredibly talented but young and naïve soul. To this day, I know that Tommy has never consumed any alcohol, much less anything else. He has always been satisfied with a good glass of fruit juice.

      I can also say that Tommy has always been extremely fair and reasonable when it comes to dealing with contracts, laws and matters related to the law. I have helped him document several of his early service agreements, and he was always respectful of his duties and obligations and he always made sure that he did the right thing for those he serviced.

Hon. John Anderson
August 3, 2010
Page 2

Although Tommy makes its look easy, I know that his success has been the result of decades of hard work. And throughout his growth and development, Tommy has maintained an attitude of gratitude, and a relentless enthusiasm for making great music and sharing it with others.

As the Court may be aware, as soon as Tommy could afford to do so, he formed the GUILD, a nonprofit organization dedicated to providing support and assistance for people working in the video game industry. And, a few years after that, Tommy created and developed the idea of Video Games Live, so that young people could experience music they were familiar with (i.e., video games music) through a live symphony experience. He takes great joy in helping support his industry as well as spread his love of all forms of musical expression.

Tommy shared with me in detail his problems relating to the money he brought back from his Video Games Live performance in Brazil. Knowing Tommy, I understand and appreciate that he had no idea that he was creating so much trouble for himself and his company. More than the loss of the substantial funds, I watched Tommy cry when he thought of how his error in judgment would impact his relationship with his Dad, Thomas Sr., whom he provides for and loves so much. Tommy also employs his brother and provides for all support for his Mom in Canada.

I can represent to this Court that Tommy has learned a valuable lesson from all of this, and that he will never be tempted to cut a corner again. I base this on my relationship with Tommy over the past two decades as well as my conversations with him during this ordeal.

Tommy is at his best when he can entertain and create. In doing so, he lifts up all of us who are inspired by his talent, his clear heart and his dedication to music. On behalf of all of the friends, family and fans of Tommy and his amazing music, I ask that this Court impose probation but not require Tommy to serve time in custody. I can truly represent to this Court that Tommy has already imposed upon himself more punishment than is warranted.

As a member of the California and Arizona state bar associations, I represent to this Court that my statements are true and accurate. Should the Court so desire, I will make myself available by telephone or in person to answer any questions the Court may have, or to elaborate on any of the statements I have made herein about Tommy. I can be reached at any time on my cell phone – (949) 632-8288.

Yours very truly,

Alton G. Burkhalter

AGB/cj

Thomas V. Tallarico
1362 Stanford St
Irvine CA 92612
714-328-2222

August 2, 2010

To whom it may concern:

As Tommy's father I've had the opportunity of knowing him first-hand his entire life. As a youngster his passion for music, animals and helping others was always in the fore-front of his life. His love for music has made him one of the top composers and leaders in the video game industry as witnessed by his recognition in the "Guinness Book of World Records." His numerous awards through the years have made him one of the most sought after composers in the business. His passion for animals has grown to the point of being a vegan and contributing to many animal charities throughout the world. Helping others has always been a big concern for Tommy as he is frequently called upon to speak to students at all levels, including college courses in music. He does this by donating his time, talent and energies freely and is constantly called upon to do so. Tommy has been a highly motivated person throughout his entire life striving to be the best at whatever he does. When he decided to head to California from Massachusetts to follow his dreams, he quickly demonstrated his talents and he created his own company working for all the video game companies. He called me to come to California to help him and I've been working for Tommy ever since. In the 17 years I've been here helping him, I have become his number one fan and very proud of all his accomplishments. Having a son like Tommy makes my life worthwhile and I wouldn't trade him for anything.

Sincerely,

*[signature]*

Thomas V. Tallarico