# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

**UNITED STATES**

vs.

**Thomas Tallarico**
DEFENDANT(S)

JUDGE: IVAN D. DAVIS
CASE NO.: 10 mj 479
HEARING: plea
DATE: 8/4/10
TIME: 1:30pm
REPORTER: FTR GOLD SYSTEM
CLERK: KATE TOTH

COUNSEL FOR UNITED STATES: Manasi Venkatesh
COUNSEL FOR DEFENDANT: Samantha Guilder and Sam Williamson
INTERPRETER: ___

(✓) DEFT. APPEARED ( ) THROUGH COUNSEL ( ) FAILED TO APPEAR ( ) WARRANT TO BE ISSUED

(✓) RULE 5 ADVISEMENT
( ) COURT TO APPOINT COUNSEL
(✓) DEFT. TO RETAIN COUNSEL ✓ has retained
( ) SPEEDY TRIAL ACT WAIVED
( ) JURY WAIVED
( ) CONSENT TO TRIAL BY MAG JUDGE
( ) MOTIONS W/IN ___ DAYS

(✓) PLEA OF GUILTY TO Criminal Inform.
(✓) COURT ACCEPTS PLEA
( ) PLEA OF NOT GUILTY TO ___
( ) DEFT FOUND GUILTY / FOUND NOT GUILTY
( ) COUNT(S) ___ DISMISSED BY ___
( ) DEFT. REFERRED TO USPO FOR PSIR
( ) DEFT REMANDED

**CONDITIONS OF RELEASE:**
($ ___) UNSECURED ($ ___) SECURED ( ) PTS ( ) 3RD PARTY ( ) TRAVEL RESTRICTED
( ) APPROVED RESIDENCE ( ) SATT ( ) PAY COSTS ( ) ELECTRONIC MONITORING
( ) MENTAL HEALTH TEST/TREAT ( ) ROL ( ) NOT DRIVE ( ) FIREARM ( ) PASSPORT
( ) AVOID CONTACT ( ) ALCOHOL & DRUG USE ( ) EMPLOYMENT

MINUTES: Written plea agreement filed in court. USA seeks PSI Report prior to sentencing. Deft requests sentencing take place today - Granted. USA seeks fine & 1 yr probation. Deft argues against probation.

**SENTENCE:**
( ) PSIR ADOPTED ( ) G/L STIP
( 12 ) MONTHS PROBATION ( ) SUP (✓) UNSUP ( ) 3607 ( ) YRS SUP RELEASE
( ) DAYS JAIL ( ) AS DIRECTED PURSUANT TO 18 USC 3563(b)(10) ( ) CREDIT
( ) DAYS HOME DETENTION ( ) TIMEOUTS ( ) ELECTRONIC MONITORING
( ) SATT ( ) ALCOHOL PROGRAM ( ) ROL ( ) NO DRIVING ( ) INTERLOCK DEVICE
( ) MENTAL HEALTH TEST/TREAT ( ) BARRED FROM FEDERAL PARKS
( ) HRS. COMMUNITY SERVICE ( ) NOT VIOLATE TRAFFIC LAWS

($ 1000 ) FINE ($ 25 ) S.A. ($ — ) PROCESSING FEE AS TO COUNT I (crim. Inform.)
($ ___ ) FINE ($ ___ ) S.A. ($ ___ ) PROCESSING FEE AS TO COUNT ___
($ ___ ) FINE ($ ___ ) S.A. ($ ___ ) PROCESSING FEE AS TO COUNT ___
($ ___ ) FINE ($ ___ ) S.A. ($ ___ ) PROCESSING FEE AS TO COUNT ___

( ) GOVT. ( ) DEFT. ( ) JOINT MOTION TO CONTINUE ( ) GRANTED ( ) DENIED
NEXT APPEARANCE:
___ AT ___ AM OR PM
( ) R5 ( ) STATUS ( ) TRIAL ( ) JURY ( ) PLEA ( ) SENT ( ) VCR ( ) DH ( ) PH ( ) 3607
( ) OTHER JUDGE ___

( ) RELEASE ORDER GIVEN TO USMS