AO 245B (Rev. 12/03)(VAED rev. 2) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Alexandria Division



UNITED STATES OF AMERICA

V.

Case Number: 1:10-MJ-00479

Thomas Andrew Tallarico
Defendant.

Defendant's Attorney: Samuel G. Williamson

## JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to Count(s) I

The defendant is adjudicated guilty of these offenses.

| Title and Section | Nature of Offense | Offense Class | Offense Ended | Count |
|---|---|---|---|---|
| 12 USC 1956 | Failing to Report the Importation of Cash in Excess of $10,000 | Misdemeanor | 10/09/2009 | I |

As pronounced on 08/04/2010, the defendant is sentenced as provided in pages 2 through 4 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Signed this 4th day of August 2010.

/s/
John F. Anderson
United States Magistrate Judge

AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case  
Sheet 4 - Probation

Page 2 of 4

| | |
|---|---|
| **Defendant's Name:** | Thomas Andrew Tallarico |
| **Case Number:** | 1:10-MJ-00479 |

# PROBATION

The defendant is hereby placed on **UNSUPERVISED** probation for a term of: **ONE (1) Year.**

The Probation Office shall provide the defendant with a copy of the standard conditions and any special conditions of probation.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess or use a controlled substance.

If this judgment imposes a fine or restitution obligation, it is a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case  
      Sheet 5 - Criminal Monetary Penalties

Page 3 of 4

| Defendant's Name: | Thomas Andrew Tallarico |
|---|---|
| Case Number: | 1:10-MJ-00479 |

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 4.

| | Count | Assessment | Fine | Restitution |
|---|---|---|---|---|
| | I | $25.00 | $1,000.00 | $0.00 |
| **TOTALS:** | | $25.00 | $1,000.00 | $0.00 |

AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case  Page 4 of 4
Sheet 6 - Schedule of Payments

| | |
|---|---|
| Defendant's Name: | Thomas Andrew Tallarico |
| Case Number: | 1:10-MJ-00479 |

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

The special assessment shall be paid within 90 days.

The fine shall be paid within 90 days.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk of the Court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Payments shall be applied in the following order: (1) assessment (2) restitution principal (3) restitution interest (4) fine principal (5) fine interest (6) community restitution (7) penalties and (8) costs, including cost of prosecution and court costs.

Nothing in the court's order shall prohibit the collection of any judgment or fine by the United States.